CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant State Farm Mutual
Automobile Insurance Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIMBERLY ANN FUCHS,<br><br>     Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>     Defendant. | Case No. 3:14-cv-_____ (___) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, State Farm Mutual Automobile Insurance Company, Defendant, gives notice that Case No. 3PA-14-1150 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the District Court for the State of Alaska, Third Judicial District at Palmer, where said case was originally filed and is currently pending.  State Farm Mutual Automobile Insurance Company state:

  1.  Removing party, State Farm Mutual Automobile Insurance Company is the defendant in the above-captioned action;

2. On February 19, 2014, the above-entitled action was commenced against State Farm Mutual Automobile Insurance Company in the District Court for the State of Alaska, Third Judicial District at Palmer and is presently pending in that court;

3. State Farm Mutual Automobile Insurance Company received service of the summons and complaint through the Alaska Insurance Division February 24, 2014;

4. This Notice is filed within thirty (30) days of the date of service on the defendant. Service on State Farm Mutual Automobile Insurance Company occurred on February 24, 3014.

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. State Farm Mutual Automobile Insurance Company is, and was at all times pertinent to this action, an Illinois corporation. Thus, complete diversity exists between Plaintiff and all Defendants;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, due to Plaintiff's demand for coverage at or in excess of $100,000, and filing of suit in a jurisdiction permitting damages to this amount. A copy of the Complaint For Damages is attached here as Exhibit A to this Notice and made by reference a part hereof;

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

NOTICE OF REMOVAL  
*FUCHS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*  
CASE NO. 3:14-cv-_____ (____)

Page 2 of 3 /k

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

8. A copy of all process, pleadings, and orders served upon defendant State Farm Mutual Automobile Insurance Company is filed herewith in the Notice of Pleadings.

DATED this 25th day of March 2014 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Cheryl L. Graves
CHERYL L. GRAVES
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: cgraves@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Defendant State Farm Mutual Automobile Insurance Company

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 25 day of March 2014 a true and correct copy of the foregoing was served electronically on the following person(s):

Gregory J. Grebe Esq.
1400 W. Benson Blvd., Suite 120
Anchorage, AK 99503
Tel: (907) 277-0077
Fax: (907) 274-6670
Email: ggrebe@alaska.com

By: s/Cheryl L. Graves

NOTICE OF REMOVAL
*FUCHS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*
CASE NO. 3:14-cv-_____ (____)

Page 3 of 3     /k