| | |
|---|---|
| KIMBERLY ANN FUCHS, ) | |
| ) | |
| Plaintiff, ) | RECEIVED in the TRIAL COURTS |
| ) | State of Alaska Third District |
| v. ) | at Palmer |
| ) | FEB 19 2014 |
| ) | Clerk of the Trial Courts |
| STATE FARM MUTUAL ) | By_____ Deputy |
| AUTOMOBILE INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3PA-14-1150 CI |

## COMPLAINT

COMES NOW Plaintiff, Kimberly Ann Fuchs, by and through her attorney, Gregory J Grebe, and for her cause of action alleges as follows:

I

Plaintiff resides in Wasilla, Alaska.

II

Defendant, State Farm Mutual Automobile Insurance Company, is an insurance company with a home office in Bloomington, Illinois, but does business within the state of Alaska.

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

COMPLAINT
*Kimberly Ann Fuchs v. State Farm Mutual Automobile Insurance Company, 3PA-14-____ CI*

Page 1 of 3

## III

Specifically, State Farm Mutual Automobile Insurance Company sold a policy of insurance for automobile coverage to Kimberly Ann Fuchs, a resident of Alaska.

## IV

On February 21, 2012 Kimberly Ann Fuchs was involved in an accident while driving her Dodge Durango, which was insured by Defendant.

## V

The location of the accident was near South Hyer Road and East Parks Highway in Palmer Alaska.

## VI

That the adverse vehicle, after colliding with Plaintiff's vehicle and causing Plaintiff's vehicle to collide into the guardrail, stopped but then continued on. This was a hit-an-run accident.

## VII

Plaintiff reported to the Emergency Department at Mat-Su Regional Medical Center the day of the accident, and was diagnosed with cervical, thoracic, and lumbar spine strain.

## VIII

Plaintiff has received medical treatment paid for by medical payments coverage, but continues to experience pain, discomfort, and limitations as a result of the accident.

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.
Su. 120
Anchorage, Alaska 99503
Telephone: (907) 272-0071
Facsimile: (907) 274-6670

COMPLAINT
*Kimberly Ann Fuchs v. State Farm Mutual Automobile Insurance Company, 3PA-14-____CI*

Page 2 of 3

## IX

That Plaintiff has attempted to resolve her UIM claim with Defendant but has been unsuccessful.

## X

That under the contract with Defendant, State Farm Mutual Automobile Insurance Company, Plaintiff, Kimberly Ann Fuchs, is entitled to UIM benefits in an amount to be determined at trial.

## XI

Kimberly Ann Fuchs claim is for full-policy limits (believed to be $50,000) with appropriate add-ons.

Plaintiff seeks interests, costs, fees, and other relief as the Court deems appropriate.

DATED at Anchorage, Alaska, this _13th_ day of February, 2014.

LAW OFFICE OF GREGORY J. GREBE
Attorney for Plaintiff

Gregory J. Grebe
Alaska Bar No. 7710125

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

COMPLAINT
*Kimberly Ann Fuchs v. State Farm Mutual Automobile Insurance Company, 3PA-14-____CI*

Page 3 of 3