IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIMBERLY ANN FUCHS,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:14-cv-0057 SLG |

## ORDER REMANDING CASE TO STATE COURT

Upon consideration of the parties' Joint Motion and Stipulation for Transfer Back to State Court Based in Jurisdictional Limits (Docket 11), the Court Hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this matter shall be REMANDED to the Superior Court for the State of Alaska, at Palmer, Alaska.

DATED this 29th day of April, 2014 at Anchorage, Alaska.

                                         */s/ Sharon L. Gleason*
                                         UNITED STATES DISTRICT COURT